```
                                        FILED

                                        08 FEB 13 PM 4:36

                                        ...

                                     BY:    [signature]    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0292 JAH |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) |
| ) | and (b) - Deported Alien Found |
| ALFREDO ARCOS-ANTONES, ) | in the United States |
| Defendant. ) | |

The grand jury charges:

On or about January 19, 2008, within the Southern District of California, defendant ALFREDO ARCOS-ANTONES, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CPH:pcf:San Diego
2/8/08



It is further alleged that defendant ALFREDO ARCOS-ANTONES was removed from the United States subsequent to January 19, 1996.

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney