KATHRYN A. THICKSTUN
California Bar No. 135014
110 West C Street, Suite 2108
San Diego, CA 92101-3910

Telephone: (619) 523-5375
Facsimile:  (619) 523-5376
E mail: ktleff@cox.net

Attorney for Defendant ALFREDO ARCOS-ANTONES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  08 CR 0292 JAH |
| Plaintiff, | NOTICE OF MOTIONS AND MOTIONS TO: 1) COMPEL DISCOVERY. |
| v. | |
| ALFREDO ARCOS-ANTONES, | Date: March 17, 2008<br>Time: 8:30 a.m. |
| Defendant. | |

TO: KAREN P. HEWITT, United States Attorney;
    NICOLE ACTON JONES, Assistant United States Attorney.

PLEASE TAKE NOTICE that the defendant, Alfredo Arcos-Antones, by and through counsel, Kathryn A. Thickstun will ask this Court to grant the motion listed below.

**MOTION**

The defendant, ALFREDO ARCOS-ANTONES, by and through counsel, Kathryn A. Thickstun, asks this Court pursuant to the Fifth and Sixth Amendments, to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes and local rules for an order to:

1) Compel Discovery.

1  This motion is based upon the instant motion and notice of motion, the attached statement of facts
2  and memorandum of points and authorities, the files and records in the above-captioned matter, and any
3  and all other materials that may come to this Court's attention prior to or during the hearing of this
4  motion.

5
6                                             Respectfully submitted,
7
8  Dated: March 6, 2008                       s/ Kathryn A. Thickstun
                                              KATHRYN A. THICKSTUN
9                                             Attorney for Defendant
                                              ALFREDO ARCOS-ANTONES
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>  )<br>  )<br>  )<br>ALFREDO ARCOS-ANTONES,  )<br>  )<br>             Defendant.  )<br>_____ ) | Criminal No. 08 CR 0292 JAH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Kathryn A..Thickstun, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California, and I am not a party to the above-entitled action. My business address is 110 West C St., Ste. 2108, San Diego, California 92101-3910. I have caused NOTICE OF MOTION AND MOTION and STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL DISCOVERY to be served via the CM/ECF system upon the following:

AUSA Nicole Acton Jones        nicole.jones@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 6, 2008                              s/Kathryn A. Thickstun

3