FILED

MAY 8 2008

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRhone DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0292-JAH |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING** |
| | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ALFREDO ARCOS-ANTONES, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about _January 11, 2008_, within the Southern District of California, defendant ALFREDO ARCOS-ANTONES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

<u>Count 2</u>

On or about January 18, 2008, within the Southern District of California, defendant ALFREDO ARCOS-ANTONES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

<u>Count 3</u>

On or about January 19, 2008, within the Southern District of California, defendant ALFREDO ARCOS-ANTONES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 5/8/08.

KAREN P. HEWITT
United States Attorney

for NICOLE ACTON JONES
Assistant U.S. Attorney