AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALFREDO ARCOS-ANTONES | CASE NUMBER: 08CR0292-JAH |

I, ALFREDO ARCOS-ANTONES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) and two counts of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/8/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alfredo_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

wvr 1325_3ctMF.wpd



FILED

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _[signature]_ DEPUTY